**Juan MATAMOROS, Appellant,**

v.

**The STATE of Florida, Appellee.**

**No. 3D15–1386.**

District Court of Appeal of Florida, Third District.

Nov. 23, 2016.

Carlos J. Martinez, Public Defender, and Jonathan Greenberg, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Keri T. Joseph, Assistant Attorney General, for appellee.

Before EMAS, FERNANDEZ and SCALES, JJ.

PER CURIAM.

Affirmed. *See Miller v. State*, 435 So.2d 258 (Fla. 3d DCA 1983); *Cheatham v. State*, 346 So.2d 1218 (Fla. 3d DCA 1977); *Jones v. State*, 125 So.3d 917 (Fla. 4th DCA 2013).